MARY LEHMAN, APPELLANT, *v.* THE BROOKLYN CITY RAILROAD COMPANY, RESPONDENT.

*Injuries sustained by fright caused by the sight of a runaway horse — no action can be maintained to recover the damages thereby sustained.*

The plaintiff, who was a married woman, in a state of pregnancy, was standing in the door of her husband's house, in Hicks street, in the city of Brooklyn, with her little child, about four or five years of age, when a horse belonging to the defendant company, and which had run away, dashed up the street at a high rate of speed, with whiffltree dragging after him. The horse plunged towards the woman, but his progress was arrested by a post against which he fell and put out his eye. The plaintiff, although not touched by the horse, sustained a' severe shock from her fright, which brought on a long train of nervous diseases.

Upon the trial of this action, brought by the plaintiff to recover damages for the injuries thus sustained, the complaint was dismissed upon the pleadings and opening.

*Held,* that the judgment should be affirmed, as the action could not be maintained.

APPEAL from a judgment in·favor of the defendant, entered upon an order dismissing the complaint made at the Kings county circuit.

*Charles J. Patterson,* for the appellant.

*Morris & Pearsall,* for the respondent.

DYKMAN, J.:

From the complaint and the opening of the p.a.ntiff's counse. to the jury in this action these facts must be assumed by us on this appeal.

The plaintiff, who was a married woman in a state of pregnancy, was standing in the door of her husband's house in Hicks street, in the city of Brooklyn, with her little child about four or five years of age, when a horse belonging to the defendant and which had run away and alone dashed up the street at a high rate of speed with a whiffletree dragging after him. The horse plunged towards the woman, but his progress was arrested by a post against which he fell and put out his eye. The plaintiff sustained a severe shock from her fright which brought on a long train of nervous diseases. The horse did not come in contact with the woman but frightened her, and this action is to recover compensation for the injuries thus sustained.

The complaint was dismissed upon the pleadings and the opening, and the plaintiff has appealed from the judgment. We have been unable to find either principle or authority for the maintenance of this action and we have been referred to none by the counsel.

The judgment should be affirmed, with costs.

BARNARD, P. J., concurred ; PRATT, J., not sitting.

Judgment affirmed, with costs.